**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
**NORTHERN DISTRICT OF TEXAS**

Case number (if known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Karlton**<br>First Name | **DeShawn**<br>First Name |
| | | **Avery**<br>Middle Name | **Nicole**<br>Middle Name |
| | Bring your picture identification to your meeting with the trustee. | **Maydwell**<br>Last Name | **Maydwell**<br>Last Name |
| | | _____<br>Suffix (Sr., Jr., II, III) | _____<br>Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | First Name | **DeShawn**<br>First Name |
| | | Middle Name | **Nicole**<br>Middle Name |
| | | Last Name | **Arthur**<br>Last Name |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __5__ __5__ __4__ __9__<br>OR<br>9xx – xx – ____ ____ ____ ____ | xxx – xx – __1__ __3__ __3__ __2__<br>OR<br>9xx – xx – ____ ____ ____ ____ |

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**                                         Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**4.**  Any business names
and Employer
Identification Numbers
(EIN) you have used in
the last 8 years

Include trade names and
doing business as names

☑ I have not used any business names or EINs.          ☑ I have not used any business names or EINs.

_____               _____
Business name                                Business name

_____               _____
Business name                                Business name

_____               _____
Business name                                Business name

___ ___ – ___ ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                          EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___        ___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN                                          EIN

**5.**  Where you live                                              If Debtor 2 lives at a different address:

**311 Wheatridge St.**_____               _____
Number   Street                              Number   Street

_____               _____

_____               _____

**Mesquite**        **TX**   **75150**          _____
City              State  ZIP Code             City              State  ZIP Code

**Dallas**_____               _____
County                                       County

**If your mailing address is different from
the one above, fill it in here.** Note that the
court will send any notices to you at this
mailing address.

**If Debtor 2's mailing address is different
from yours, fill it in here.** Note that the court
will send any notices to you at this mailing
address.

_____               _____
Number   Street                              Number   Street

_____               _____
P.O. Box                                     P.O. Box

_____               _____
City              State  ZIP Code             City              State  ZIP Code

**6.**  Why you are choosing
this district to file for
bankruptcy

*Check one:*                                 *Check one:*

☑ Over the last 180 days before filing this      ☑ Over the last 180 days before filing this
petition, I have lived in this district longer      petition, I have lived in this district longer
than in any other district.                      than in any other district.

☐ I have another reason. Explain.               ☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)                          (See 28 U.S.C. § 1408.)

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.**  The chapter of the
Bankruptcy Code you
are choosing to file
under

*Check one:* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing
for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**      Case number (if known) _____

| | | |
|---|---|---|
| **8.** | **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____ When _____ Case number _____
                          MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

District _____ When _____ Case number _____
                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                          MM / DD / YYYY   if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                          MM / DD / YYYY   if known

**11. Do you rent your residence?**

☐ No.   Go to line 12.
☑ Yes.   Has your landlord obtained an eviction judgment against you?

     ☑ No. Go to line 12.
     ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Karlton Avery Maydwell**

Debtor 2   **DeShawn Nicole Maydwell**      Case number (if known)

---

**Part 3:**     **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

- ☑ No. Go to Part 4.
- ☐ Yes. Name and location of business

Name of business, if any

Number    Street

City           State      ZIP Code

*Check the appropriate box to describe your business:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

- ☑ No.  I am not filing under Chapter 11.
- ☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
- ☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**     **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

- ☑ No
- ☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number    Street

City         State    ZIP Code

---

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**    I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**    My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**    I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Karlton Avery Maydwell**

Debtor 2   **DeShawn Nicole Maydwell**                                    Case number (if known) _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

16. **What kind of debts do you have?**

    16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    ☐ No. Go to line 16b.
    ☑ Yes. Go to line 17.

    16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

    ☐ No. Go to line 16c.
    ☐ Yes. Go to line 17.

    16c. State the type of debts you owe that are not consumer or business debts.

    _____

17. **Are you filing under Chapter 7?**

    ☐ No.  I am not filing under Chapter 7. Go to line 18.

    **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

    ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

    ☑ No
    ☐ Yes

18. **How many creditors do you estimate that you owe?**

    | | | |
    | --- | --- | --- |
    | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
    | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
    | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
    | ☐ 200-999 | | |

19. **How much do you estimate your assets to be worth?**

    | | | |
    | --- | --- | --- |
    | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

20. **How much do you estimate your liabilities to be?**

    | | | |
    | --- | --- | --- |
    | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
    | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
    | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
    | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**         Case number (if known) _____

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X  /s/ Karlton Avery Maydwell**
Karlton Avery Maydwell, Debtor 1

Executed on **09/04/2019**
      MM / DD / YYYY

**X  /s/ DeShawn Nicole Maydwell**
DeShawn Nicole Maydwell, Debtor 2

Executed on **09/04/2019**
      MM / DD / YYYY

Debtor 1     **Karlton Avery Maydwell**

Debtor 2     **DeShawn Nicole Maydwell** _____     Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ C. Daniel Herrin** _____     Date **09/04/2019** _____
Signature of Attorney for Debtor                                                                     MM / DD / YYYY

**C. Daniel Herrin** _____
Printed name

**Herrin Law, PLLC** _____
Firm Name

**4925 Greenville Avenue** _____
Number            Street

**Suite 455** _____

_____

**Dallas** _____     **TX**     **75206** _____
City                                                           State     ZIP Code

Contact phone     **(469) 607-8551** _____     Email address **ecf@herrinlaw.com** _____

**24065409** _____     _____
Bar number                                                      State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here........................................➔ | **$0.00** |

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **Chrysler** | Check one. | |
| Model: | **Aspen** | ☐ Debtor 1 only | |
| Year: | **2007** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| Approximate mileage: | **141,000** | ☑ Debtor 1 and Debtor 2 only | |
| | | ☐ At least one of the debtors and another | **$4,475.00**  **$4,475.00** |

Other information:
**2007 Chrysler Aspen (Approx. 141,000 miles).**
**Vin No. 1A8HX58237F575680.**

☑ Check if this is community property (see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................➔ | **$4,475.00** |

Debtor 1     **Karlton Avery Maydwell**
Debtor 2     **DeShawn Nicole Maydwell**                                                    Case number (if known) _____

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
     *Examples:* Major appliances, furniture, linens, china, kitchenware

     ☐ No
     ☑ Yes.  Describe.....  **Entertainment Center / TV Stand (1)**                                          $540.00
                            **Couch (1)**
                            **Love Seat (1)**
                            **Recliner (1)**
                            **Living Room Rug (1)**
                            **Dining Table (1)**
                            **Dining Chairs (6)**
                            **Dishes (1 set)**
                            **Pots / Pans (1 set)**
                            **Knives / Cutlery (1 set)**
                            **Silverware (1 set)**
                            **Misc. Kitchen Appliances (1)**
                            **Refrigerator (1)**
                            **Washer / Dryer (1)**
                            **Bed (1)**
                            **Dresser (1)**
                            **Books (10)**
                            **Family Photos (15)**
                            **Trinkets / Vases (2)**

                            **Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**

7.   **Electronics**
     *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

     ☐ No
     ☑ Yes.  Describe.....  **Television (1)**                                                               $360.00
                            **Stereo (1)**
                            **iPad / Tablet (1)**
                            **Kindle / Nook / eReader (1)**
                            **Smartphone (2)**

                            **Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**

8.   **Collectibles of value**
     *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

     ☑ No
     ☐ Yes.  Describe.....                                                                                   _____

9.   **Equipment for sports and hobbies**
     *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

     ☑ No
     ☐ Yes.  Describe.....                                                                                   _____

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**                   Case number (if known) _____

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  - ☑ No
  - ☐ Yes. Describe.....                                                     _____

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  - ☐ No
  - ☑ Yes. Describe..... **Clothing, Shoes and Accesories.**                 $150.00

    **Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above
    is not more than $625.00.**

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems,
    gold, silver
  - ☐ No
  - ☑ Yes. Describe..... **Rings (2)**                                       $250.00
    **Watches (2)**
    **Earrings (1)**

    **Per 11 U.S.C. §522(d)(4), Debtor's aggregate interest in jewelry does not
    exceed $1,700.00.**

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  - ☑ No
  - ☐ Yes. Describe.....                                                     _____

**14. Any other personal and household items you did not already list, including any health aids you
    did not list**
  - ☐ No
  - ☑ Yes. Give specific
    information............. **Grill / Smoker (1)**                         $10.00

    **Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed
    above is not more than $625.00.**

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have
    attached for Part 3. Write the number here.................................................................** ➔ | $1,310.00 |

---

**Part 4:**     **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**16. Cash**
  *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your
    petition
  - ☑ No
  - ☐ Yes.................................................................... Cash: .......................   _____

**17. Deposits of money**
  *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions,
    brokerage houses, and other similar institutions. If you have multiple accounts with the same
    institution, list each.
  - ☐ No
  - ☑ Yes............................     Institution name:

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Navy Federal Credit Union Checking Account No.XXX4367.** | $0.00 |
| 17.2. | Checking account: | **Prosperity Bank Checking Account No.XXX3588.** | $50.00 |
| 17.3. | Checking account: | **Capital One Checking Account No.XXX6100.** | $9.00 |
| 17.4. | Checking account: | **Neighborhood Credit Union Checking Account No.XXX2979.** | $0.00 |
| 17.5. | Savings account: | **Navy Federal Credit Union Savings Account No.XXX3563.** | $5.00 |
| 17.6. | Savings account: | **Capital One Savings Account No.XXX3734.** | $0.00 |
| 17.7. | Savings account: | **Neighborhood Credit Union Savings Account No.XXX2979.** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................. Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes. Give specific
information about
them........................... Name of entity:                           % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them........................... Issuer name:

**21. Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes. List each
account separately. Type of account:        Institution name:

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................. Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................. Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................. Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them                                          _____

Debtor 1　**Karlton Avery Maydwell**
Debtor 2　**DeShawn Nicole Maydwell**　　　　　　　　　　　　Case number (if known) _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
　　　*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

　　☑ No
　　☐ Yes. Give specific
　　　　information about them　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

**27. Licenses, franchises, and other general intangibles**
　　　*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

　　☑ No
　　☐ Yes. Give specific
　　　　information about them　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____

**Money or property owed to you?**　　　　　　　　　　　　　　　　　　**Current value of the portion you own?**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

　　☑ No
　　☐ Yes. Give specific information
　　　　about them, including whether　　　　　　　　　　　　Federal: _____
　　　　you already filed the returns
　　　　and the tax years.....................　　　　　　　　　　State: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Local: _____

**29. Family support**
　　　*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

　　☑ No
　　☐ Yes. Give specific information　　　　　　　　　Alimony: _____

　　　　　　　　　　　　　　　　　　　　　　Maintenance: _____

　　　　　　　　　　　　　　　　　　　　　　　　Support: _____

　　　　　　　　　　　　　　　　　　Divorce settlement: _____

　　　　　　　　　　　　　　　　　　Property settlement: _____

**30. Other amounts someone owes you**
　　　*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
　　　　　　　　compensation, Social Security benefits; unpaid loans you made to someone else

　　☑ No
　　☐ Yes. Give specific information　　　　　　　　　　　　　　　　　　　　　　_____

**31. Interests in insurance policies**
　　　*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

　　☑ No
　　☐ Yes. Name the insurance
　　　　company of each policy
　　　　and list its value...............　　Company name:　　　　　Beneficiary:　　　　　Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
　　　If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
　　　entitled to receive property because someone has died

　　☑ No
　　☐ Yes. Give specific information　　　　　　　　　　　　　　　　　　　　　　_____

Debtor 1 **Karlton Avery Maydwell**

Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No

    ☑ Yes. Describe each claim........ **TDCPA Violation Lawsuit**       $5,000.00
    **Karlton A. Maydwell v. Ciara Financial Services, Inc. d/b/a Clay Cooley Auto Group.**
    **Case No.3:19-cv-00051.**
    **District Court - Northern District of Texas**
    **Dallas Division.**
    **Valued at: $5,000.00**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No

    ☐ Yes. Describe each claim........ _____

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information _____

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................➔ | **$5,064.00** |

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe.. _____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No

    ☐ Yes. Describe.. _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe.. _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe.. _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe..... Name of entity: _____ % of ownership: _____

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell** _____    Case number (if known) _____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe.....                                                                    _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................➔**  | $0.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
_Examples:_ Livestock, poultry, farm-raised fish

☑ No
☐ Yes....                                                                    _____

**48. Crops--either growing or harvested**

☑ No
☐ Yes. Give specific information................                                                                    _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....                                                                    _____

**50. Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....                                                                    _____

**51. Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information................                                                                    _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................➔**  | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53. Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell** _____    Case number (if known) _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................................ ➔ | **$0.00** |

**Part 8:**   **List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2**.......................................................................................................... ➔    **$0.00**

56. **Part 2: Total vehicles, line 5**      **$4,475.00**

57. **Part 3: Total personal and household items, line 15**      **$1,310.00**

58. **Part 4: Total financial assets, line 36**      **$5,064.00**

59. **Part 5: Total business-related property, line 45**      **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.**    Add lines 56 through 61..................    **$10,849.00**    Copy personal property total   ➔   +    **$10,849.00**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62............................................................ | **$10,849.00** |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Karlton</strong></u><br>First Name</td><td><u><strong>Avery</strong></u><br>Middle Name</td><td><u><strong>Maydwell</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u><strong>DeShawn</strong></u><br>First Name</td><td><u><strong>Nicole</strong></u><br>Middle Name</td><td><u><strong>Maydwell</strong></u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>NORTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td colspan="4">Case number<br>(if known) _____</td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 106C</u>

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**2007 Chrysler Aspen (Approx. 141,000 miles).**<br>**Vin No. 1A8HX58237F575680.**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.1__ | **$4,475.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| Brief description:<br>**2007 Chrysler Aspen (Approx. 141,000 miles).**<br>**Vin No. 1A8HX58237F575680.**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __3.1__ | **$4,475.00** | ☑ **$475.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Entertainment Center / TV Stand (1)<br>Couch (1)<br>Love Seat (1)<br>Recliner (1)<br>Living Room Rug (1)<br>Dining Table (1)<br>Dining Chairs (6)<br>Dishes (1 set)<br>Pots / Pans (1 set)<br>Knives / Cutlery (1 set)<br>Silverware (1 set)<br>Misc. Kitchen Appliances (1)<br>Refrigerator (1)<br>Washer / Dryer (1)<br>Bed (1)<br>Dresser (1)<br>Books (10)<br>Family Photos (15)<br>Trinkets / Vases (2)**<br><br>**Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**<br>Line from *Schedule A/B*:  **6** | $540.00 | ☑ $540.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Television (1)<br>Stereo (1)<br>iPad / Tablet (1)<br>Kindle / Nook / eReader (1)<br>Smartphone (2)**<br><br>**Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**<br>Line from *Schedule A/B*:  **7** | $360.00 | ☑ $360.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Clothing, Shoes and Accesories.**<br><br>**Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**<br>Line from *Schedule A/B*:  **11** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |

Debtor 1   **Karlton Avery Maydwell**

Debtor 2   **DeShawn Nicole Maydwell**                              Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Rings (2)**<br>**Watches (2)**<br>**Earrings (1)**<br><br>**Per 11 U.S.C. §522(d)(4), Debtor's aggregate interest in jewelry does not exceed $1,700.00.**<br>Line from *Schedule A/B*: __12__ | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| Brief description:<br>**Grill / Smoker (1)**<br><br>**Per 11 U.S.C. § 522(d)(3), Debtor's interest in any particular item listed above is not more than $625.00.**<br>Line from *Schedule A/B*: __14__ | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| Brief description:<br>**Navy Federal Credit Union Checking Account No.XXX4367.**<br>Line from *Schedule A/B*: __17.1__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Navy Federal Credit Union Savings Account No.XXX3563.**<br>Line from *Schedule A/B*: __17.5__ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Prosperity Bank Checking Account No.XXX3588.**<br>Line from *Schedule A/B*: __17.2__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Capital One Checking Account No.XXX6100.**<br>Line from *Schedule A/B*: __17.3__ | $9.00 | ☑ $9.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Capital One Savings Account No.XXX3734.**<br>Line from *Schedule A/B*: __17.6__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description:<br>**Neighborhood Credit Union Checking Account No.XXX2979.**<br>Line from *Schedule A/B*: __17.4__ | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Neighborhood Credit Union Savings Account No.XXX2979.**<br>Line from *Schedule A/B*: __17.7__ | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| Brief description:<br>**TDCPA Violation Lawsuit**<br>**Karlton A. Maydwell v. Ciara Financial Services, Inc. d/b/a Clay Cooley Auto Group.**<br>**Case No.3:19-cv-00051.**<br>**District Court - Northern District of Texas Dallas Division.**<br>**Valued at: $5,000.00**<br>Line from *Schedule A/B*: __33__ | **$5,000.00** | ☑ **$5,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Karlton Avery Maydwell**                          CASE NO
**DeShawn Nicole Maydwell**
                                                         CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                         Scheme Selected: **Federal**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 1. | Real property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $4,475.00 | $0.00 | $4,475.00 | $4,475.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $540.00 | $0.00 | $540.00 | $540.00 | $0.00 |
| 7. | Electronics | $360.00 | $0.00 | $360.00 | $360.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $150.00 | $0.00 | $150.00 | $150.00 | $0.00 |
| 12. | Jewelry | $250.00 | $0.00 | $250.00 | $250.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $10.00 | $0.00 | $10.00 | $10.00 | $0.00 |
| 16. | Cash | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Deposits of money | $64.00 | $0.00 | $64.00 | $64.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Karlton Avery Maydwell**
**DeShawn Nicole Maydwell**

CASE NO

CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **Federal**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $5,000.00 | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$10,849.00** | **$0.00** | **$10,849.00** | **$10,849.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Karlton Avery Maydwell**                    CASE NO
       **DeShawn Nicole Maydwell**

                                        CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes
of this analysis. The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

**Non-Exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$10,849.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$10,849.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$0.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$0.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$10,849.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$10,849.00** |
| J.  Total Exemptions Claimed           (Wild Card Used: $5,539.00, Available: $22,261.00) | **$10,849.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| Debtor 1 | Karlton | Avery | Maydwell |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | DeShawn | Nicole | Maydwell |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:** List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

**2.1**

Describe the property that secures the claim:

_____
Creditor's name

_____
Number     Street

_____

_____
City            State   ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here:

_____ **$0.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

_____ **$0.00**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

---

**Part 1:** List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $13,700.00 | $13,700.00 | $0.00 |

| | |
|---|---|
| **Attorney General of Texas** | **Last 4 digits of account number** __ __ __ __ |
| Priority Creditor's Name | |
| **CSD Region 9** | **When was the debt incurred?** _____ |
| Number          Street | |
| **2001 Beach Street, Suit 700** | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| | ☐ Unliquidated |
| **Fort Worth          TX      76103** | ☐ Disputed |
| City                          State    ZIP Code | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☑ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☑ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another | intoxicated |
| ☑ **Check if this claim is for a community debt** | ☐ Other. Specify |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Debtor 1     **Karlton Avery Maydwell**
Debtor 2     **DeShawn Nicole Maydwell**                                      Case number (if known) _____

| **Part 1:** | **Your PRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.2** | | $3,800.00 | $3,800.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Department of the Treasury**
Number     Street
**P.O. Box 7346**
_____

**Philadelphia          PA      19101-7346**
City                          State      ZIP Code

**Who incurred the debt?**     Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**
- ☐ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other.  Specify _____

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

| **4.1** | | $868.42 |

**Baylor Med Ctr-Sunnyvale**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Service**
Number      Street
**P.O. Box 800849**

_____

**Dallas**              **TX    75380**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **4    7    1    3**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Medical Bill**

| **4.2** | | $52.66 |

**Baylor Med Ctr-Sunnyvale**
Nonpriority Creditor's Name
**c/o Creditors Bankruptcy Service**
Number      Street
**P.O. Box 800849**

_____

**Dallas**              **TX    75380**
City                    State    ZIP Code

**Who incurred the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**    **9    1    9    9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify   **Medical Bill**

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.3 | | $429.00 |

**Caine & Weiner**
Nonpriority Creditor's Name
**12005 Ford Road**
Number        Street

_____

**Dallas**                    **TX**    **75234**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **2    4    8    9**
**When was the debt incurred?**    **02/15/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collecting for Enterprise Rent a Car**

| 4.4 | | $1,928.00 |

**Capital One Bank (USA), N.A.**
Nonpriority Creditor's Name
**4515 N Santa Fe Ave**
Number        Street

_____

**Oklahoma City**              **OK**    **73118**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **2    3    3    2**
**When was the debt incurred?**    **08/22/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Consumer Debt**

| 4.5 | | $1,146.00 |

**CBE Group**
Nonpriority Creditor's Name
**4140 Kimball Ave.**
Number        Street

_____

**Waterloo**                  **IA**    **50701**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **3    7    4    9**
**When was the debt incurred?**    **06/01/2018**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collecting for Charter Communications**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

**Part 2:** **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | **Total claim** |
|---|---|

| 4.6 | | **$115.00** |
|---|---|---|

**City of Dallas**
Nonpriority Creditor's Name
**C/O City Secretary's Office**
Number      Street
**Dallas City Hall**

**1500 Marilla Street, Room 5D South**

**Dallas**          **TX**      **75201-6390**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __0__ __3__ __5__ __2__
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Debt**

| 4.7 | | **$361.00** |
|---|---|---|

**Credit Systems International, Inc.**
Nonpriority Creditor's Name
**1277 Country Club Lane**
Number      Street

**Fort Worth**          **TX**      **76112**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __6__ __9__ __0__ __2__
**When was the debt incurred?** 07/14/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for Medical Debt**

| 4.8 | | **$265.00** |
|---|---|---|

**Enhanced Recovery Company**
Nonpriority Creditor's Name
**8014 Bayberry Road**
Number      Street

**Jacksonville**          **FL**      **32256**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** __7__ __9__ __0__ __2__
**When was the debt incurred?** 12/08/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for Charter Communications**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.9 | |

**$76,290.00**

**Federal Loan Servicing**
Nonpriority Creditor's Name
**P.O. Box 69184**
Number       Street

_____

**Harrisburg          PA      17106**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    0    0    8**
**When was the debt incurred?**    **03/06/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

| 4.10 | |

**$847.00**

**First Premier Bank**
Nonpriority Creditor's Name
**PO Box 5524**
Number       Street

_____

**Sioux Falls          SD      57117**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6    1    0    8**
**When was the debt incurred?**    **11/18/2015**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Consumer Debt**

| 4.11 | |

**$458.00**

**First Premier Bank**
Nonpriority Creditor's Name
**PO Box 5524**
Number       Street

_____

**Sioux Falls          SD      57117**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0    0    7    8**
**When was the debt incurred?**    **10/17/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Consumer Debt**

Debtor 1     **Karlton Avery Maydwell**

Debtor 2     **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| **Part 2:** | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.12**

**Linebarger Goggan Blair & Sampson, LLP**
Nonpriority Creditor's Name
**900 Arion Parkway, Suite 104**
Number     Street

_____

**San Antonio          TX     78216**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   8   4   0**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Consumer Debt**

**$832.00**

---

**4.13**

**Linebarger Goggan Blair & Sampson, LLP**
Nonpriority Creditor's Name
**900 Arion Parkway, Suite 104**
Number     Street

_____

**San Antonio          TX     78216**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **3   3   0   2**
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Consumer Debt**

**$2,644.20**

---

**4.14**

**LVNV Funding LLC its successors and assi**
Nonpriority Creditor's Name
**c/o Resurgent Capital Services**
Number     Street
**P.O. Box 10587**

_____

**Greenville          SC     29603-0587**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5   0   1   7**
**When was the debt incurred?**   **04/28/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for Webbank Fingerhut**

**$221.00**

---

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |

**4.15** | | **$315.00**

**Midwest Recovery Systems**
Nonpriority Creditor's Name
**PO Box 899**
Number      Street

_____

**Florissant            MO      63032**
City                    State   ZIP Code

Last 4 digits of account number    **3   9   3   7**

When was the debt incurred?    **03/28/2016**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for Six Flags over Texas**

**4.16** | | **$742.00**

**National Credit Adjusters, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
Number      Street
**P.O. Box 3023**

**Hutchinson, K.S. 67504**

_____
City                    State   ZIP Code

Last 4 digits of account number    **8   7   0   6**

When was the debt incurred?    **09/21/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for Cash Store**

**4.17** | | **$49.00**

**Neighborhood Credit Union**
Nonpriority Creditor's Name
**13651 Montfort Drive**
Number      Street

_____

**Dallas                 TX      75240**
City                    State   ZIP Code

Last 4 digits of account number    **0   0   3   2**

When was the debt incurred?    **09/05/2014**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Consumer Debt**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**                                                                            **$296.31**

**One Advantage , LLC**
Nonpriority Creditor's Name
**1232 W. State Rd 2**
Number          Street
_____

_____

**La Porte**              **IN**    **46350**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   6   5   5   1

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for Texas Health**

---

**4.19**                                                                            **$100.00**

**Pendrick Capital Partners, LLC**
Nonpriority Creditor's Name
**c/o Peritus Portfolio Services II, LLC**
Number     Street
**PO Box 141419**
_____

**Irving**                **TX**    **75014**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3   6   0   7

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical Bill**

---

**4.20**                                                                            **$0.00**

**Phoenix Financial Services, LLC**
Nonpriority Creditor's Name
**PO Box 361450**
Number          Street
_____

**Indianapolis**          **IN**    **46236**
City                     State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __  __  __  __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for Pendrick Capital Partners II**

---

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**
_____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

| Total claim |

### 4.21
$151.00

**Phoenix Recovery Group**
Nonpriority Creditor's Name
**1045 Cheever Blvd.**
Number       Street
**Suite 204**
_____

**San Antonio          TX     78217**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   3   8   3   1
**When was the debt incurred?**   01/22/2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for Sunset Point**

### 4.22
$3,840.00

**Professional Debt Mediation, Inc.**
Nonpriority Creditor's Name
**7948 Baymeadows Way**
Number       Street
**2nd Floor**
_____

**Jacksonville          FL     32256**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   0   1   7   5
**When was the debt incurred?**   12/05/2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Collecting for Brookside Apts**

### 4.23
$85.00

**Radiology Partners Dallas**
Nonpriority Creditor's Name
**P.O. Box 205214**
Number       Street
_____

**Dallas          TX     75320**
City                          State    ZIP Code

**Who incurred the debt?**  Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [x] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   5   6   2   1
**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical Bill**

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**                                                                                                      **$1,584.00**

**Ray Hubbard Emergency Physicians, PLLC**       Last 4 digits of account number    4  7  1  3
Nonpriority Creditor's Name
**13737 Noel Road, Ste. 1600**                   When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**              **TX      75240-1311**
City                    State     ZIP Code
Who incurred the debt?  Check one.               Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
                                                    **Medical Bill**
Is the claim subject to offset?

☑ No
☐ Yes

**4.25**                                                                                                      **$332.37**

**Southwest Credit Systems**                     Last 4 digits of account number    0  8  4  3
Nonpriority Creditor's Name
**4120 International Parkway**                    When was the debt incurred?    _____
Number        Street
**Ste 1100**
                                                 As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Carrollton**          **TX      75007**
City                    State     ZIP Code
Who incurred the debt?  Check one.               Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
                                                    **Collecting for Time Warner Cable**
Is the claim subject to offset?

☑ No
☐ Yes

**4.26**                                                                                                      **$108.14**

**TrueGreen #5420**                              Last 4 digits of account number    1  5  9  6
Nonpriority Creditor's Name
**4908 Olson**                                   When was the debt incurred?    _____
Number        Street

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**              **TX      75227**
City                    State     ZIP Code
Who incurred the debt?  Check one.               Type of NONPRIORITY unsecured claim:

☐ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☑ Debtor 1 and Debtor 2 only                        that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☑ **Check if this claim is for a community debt**  ☑ Other. Specify
                                                    **Consumer Debt**
Is the claim subject to offset?

☑ No
☐ Yes

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.27 | | **$6,721.00** |

**US Department of Education**
Nonpriority Creditor's Name
**Claims Filing Unit**
Number        Street
**PO Box 8973**

**Madison**            **WI**    **53708-8973**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **4   4   9   5**
When was the debt incurred?   **02/05/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.28 | | **$5,024.00** |

**US Department of Education**
Nonpriority Creditor's Name
**Claims Filing Unit**
Number        Street
**PO Box 8973**

**Madison**            **WI**    **53708-8973**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **2   0   6   0**
When was the debt incurred?   **02/05/2015**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

| 4.29 | | **$586.76** |

**UT Southwestern Medical Center**
Nonpriority Creditor's Name
**Account Resolutions Dept**
Number        Street
**PO Box 848009**

**Dallas**            **TX**    **75284-8009**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **8   6   4   0**
When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
   **Medical Bill**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Brookside Apts**
Name
**2505 Thomason Circle**
Number          Street

**Arlington**          **TX**    **76006**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.22**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Charter Communications, Inc.**
Name
**400 Atlantic Street**
Number          Street

**Stamford**          **CT**    **06901**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.8**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Charter Communications, Inc.**
Name
**400 Atlantic Street**
Number          Street

**Stamford**          **CT**    **06901**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.5**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**City of Arlington**
Name
**Mail Stop 63-0100**
Number          Street
**P.O. Box 90403**

**Arlington**          **TX**    **76004**
City                   State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.13**   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**Clay Cooley Motor Company**
Name
**1251 E. Airport Freeway**
Number          Street

**Irving**          **TX**    **75062**
City                State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   _____   of   (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2** **7** **7** **9**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |
|---|---|

**Cottonwood Financial Texas, LLC**
Name
**a/k/a The Cash Store**
Number       Street
**1901 Gateway Drive**

**Suite 200**

**Irving**                         **TX**      **75038**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.16**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

**Debt Recovery Solutions LLC**
Name
**900 Merchants Concourse**
Number       Street

**Syosset**                        **NY**      **11791**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.20**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

**Enterprise Rent A Car**
Name
**4600 McAuley Pl**
Number       Street
**Suite 510**

**Montgomery**                 **OH**      **45242**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.3**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

**McLennan County JP Pct 3**
Name
**Hon. David W. Pareya**
Number       Street
**P.O. Box 495**

**West**                           **TX**      **76691**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.12**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

**Pendrick Capital Partners, LLC**
Name
**c/o Peritus Portfolio Services II, LLC**
Number       Street
**PO Box 141419**

**Irving**                         **TX**      **75014**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.20**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

**Six Flags Over Texas**
Name
**Steve Martindale, Park President**
Number       Street
**2201 Road to Six Flags**

**Arlington**                   **TX**      **76010**
City                          State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.15**  of  (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      __ __ __ __

---

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Starla Wiley**
Name

**2115 Kingston**
Number        Street

_____

**Bullhead City          AZ      86442**
City                        State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Texas Health Resources**
Name

**500 E Border St # 122**
Number        Street

_____

**Arlington          TX      76010**
City                   State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.20** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Texas Health Resources**
Name

**500 E Border St # 122**
Number        Street

_____

**Arlington          TX      76010**
City                   State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.19** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Texas Health Resources**
Name

**500 E Border St # 122**
Number        Street

_____

**Arlington          TX      76010**
City                   State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.18** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Time Warner Cable**
Name

**One Time Warner Center**
Number        Street

_____

**New York          NY      10019-8016**
City                   State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.25** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

---

**Transworld Systems Inc.**
Name

**2135 E. Primrose, Suite Q**
Number        Street

_____

**Springfield          MO      65804**
City                   State     ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.26** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**    ___ ___ ___ ___

Debtor 1 **Karlton Avery Maydwell**

Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**Webbank (Fingerhut)**
Name

**P.O. Box 1250**
Number          Street

**Saint Cloud          MN     56395**
City                    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line  **4.14**  of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**  ___ ___ ___ ___

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**                              Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.   Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
      28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | **$13,700.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$3,800.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$17,500.00** |

|  |  |  |  | Total claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | **$88,035.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$18,356.86** |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$106,391.86** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying
correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.
On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No.  Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease
   is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of
   executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106H

## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes

      In which community state or territory did you live?    **Texas**    Fill in the name and current address of that person.

      **DeShawn Nicole Maydwell**
      Name of your spouse, former spouse, or legal equivalent
      **311 Wheatridge St.**
      Number        Street

      _____

      | **Mesquite** | **TX** | **75150** |
      |---|---|---|
      | City | State | ZIP Code |

3. **In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

   *Column 1:* **Your codebtor**                    *Column 2:* **The creditor to whom you owe the debt**

                                                     Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☐ Employed | ☑ Employed |
| | ☑ Not employed | ☐ Not employed |
| **Occupation** | **Unemployed** | **Medical Assistant** |
| **Employer's name** | | **UT Southwestern Medical Center** |
| **Employer's address** | | **5323 Harry Hines Blvd.** |
| | Number Street | Number Street |
| | | |
| | | **Dallas**     **TX**   **75390** |
| | City    State   Zip Code | City    State   Zip Code |
| **How long employed there?** | **4/23/2019 - present** | **4 years** |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.   **$0.00** | **$3,413.50** |
| 3. | Estimate and list monthly overtime pay. | 3. **+** **$0.00** | **$0.00** |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.   **$0.00** | **$3,413.50** |

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................. → | 4. | $0.00 | $3,413.50 |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $0.00 | $448.92 |
| 5b. Mandatory contributions for retirement plans | 5b. | $0.00 | $262.84 |
| 5c. Voluntary contributions for retirement plans | 5c. | $0.00 | $50.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $0.00 | $0.00 |
| 5e. Insurance | 5e. | $0.00 | $0.00 |
| 5f. Domestic support obligations | 5f. | $0.00 | $0.00 |
| 5g. Union dues | 5g. | $0.00 | $0.00 |
| 5h. Other deductions. Specify: **See continuation sheet** | 5h. + | $0.00 | $206.54 |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $0.00 | $968.30 |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | $2,445.20 |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | $0.00 |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | $0.00 | $0.00 |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | $0.00 |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | $0.00 | $0.00 |
| 8e. Social Security | 8e. | $0.00 | $0.00 |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $0.00 | $0.00 |
| 8g. Pension or retirement income | 8g. | $0.00 | $0.00 |
| 8h. Other monthly income. Specify: **Estimated Income New Job** | 8h. + | $1,720.00 | $0.00 |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $1,720.00 | $0.00 |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $1,720.00 + $2,445.20 = | $4,165.20 |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12. | $4,165.20 |
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.
☑ Yes. Explain: **Debtor is unemployed at this moment and is in interview process. We estimated his income at $10.00 an hour.**

Debtor 1   **Karlton Avery Maydwell**

Debtor 2   **DeShawn Nicole Maydwell**

Case number (if known) _____

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h.  Other Payroll Deductions (details)** | | |
| **Dental** | | $59.03 |
| **Vision** | | $9.00 |
| **Emp Accidental Death** | | $5.74 |
| **Dep Accidental Death** | | $2.80 |
| **Felx Medical Expense** | | $62.50 |
| **Parking Deduction** | | $33.75 |
| **Employee Life** | | $5.78 |
| **Dependant Life** | | $2.87 |
| **Spouse Life** | | $2.88 |
| **Short Term Disability** | | $9.22 |
| **Long Term Disability** | | $12.97 |
| Totals: | $0.00 | $206.54 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **NORTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

       ☑ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**   ☑ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.     4.     **$1,250.00**

   If not included in line 4:

   4a. Real estate taxes     4a. _____

   4b. Property, homeowner's, or renter's insurance     4b. _____

   4c. Home maintenance, repair, and upkeep expenses     4c.   **$90.00**

   4d. Homeowner's association or condominium dues     4d. _____

Debtor 1   **Karlton Avery Maydwell**
Debtor 2   **DeShawn Nicole Maydwell**                                    Case number (if known) _____

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a. Electricity, heat, natural gas | 6a. **$250.00** |
| | 6b. Water, sewer, garbage collection | 6b. **$40.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. **$300.00** |
| | 6d. Other. Specify: ___Streaming Sevices___ | 6d. **$10.00** |
| 7. | **Food and housekeeping supplies** | 7. **$600.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. **$50.00** |
| 10. | **Personal care products and services** | 10. **$50.00** |
| 11. | **Medical and dental expenses** | 11. **$60.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. **$200.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. **$100.00** |
| 14. | **Charitable contributions and religious donations** | 14. **$50.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. _____ |
| | 15b. Health insurance | 15b. _____ |
| | 15c. Vehicle insurance | 15c. **$120.00** |
| | 15d. Other insurance. Specify: _____ | 15d. _____ |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a. Car payments for Vehicle 1   **Vehicle Payment** | 17a. **$400.00** |
| | 17b. Car payments for Vehicle 2 | 17b. _____ |
| | 17c. Other. Specify: _____ | 17c. _____ |
| | 17d. Other. Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** **Child Support** | 18. **$559.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Official Form 106J                   **Schedule J: Your Expenses**                                    page 2

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**      Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. _____ |
| 20b. | Real estate taxes | 20b. _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. _____ |
| 20e. | Homeowner's association or condominium dues | 20e. _____ |

**21. Other.** Specify: _____    21. **+** _____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | **$4,129.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | _____ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$4,129.00** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | **$4,165.20** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | **−** **$4,129.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | **$36.20** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
     **None.**

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><u><strong>Karlton</strong></u><br>First Name</td><td><u><strong>Avery</strong></u><br>Middle Name</td><td><u><strong>Maydwell</strong></u><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><u><strong>DeShawn</strong></u><br>First Name</td><td><u><strong>Nicole</strong></u><br>Middle Name</td><td><u><strong>Maydwell</strong></u><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <u><strong>NORTHERN DISTRICT OF TEXAS</strong></u></td></tr>
<tr><td>Case number<br>(if known)</td><td colspan="3">_____</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................. **$0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B...................................................... **$10,849.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ **$10,849.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................................... **$17,500.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F........................... **+ $106,391.86**

   **Your total liabilities** **$123,891.86**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I.................................................................. **$4,165.20**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................................... **$4,129.00**

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**            Case number (if known) _____

---

## Part 4: Answer These Questions for Administrative and Statistical Records

**6.**   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑   Yes

**7.**   **What kind of debt do you have?**

☑   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8.**   From the ***Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

> **$5,331.13**

**9.**   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a. Domestic support obligations. (Copy line 6a.) | $13,700.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $3,800.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $88,035.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $105,535.00 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Karlton Avery Maydwell**
Karlton Avery Maydwell, Debtor 1

X **/s/ DeShawn Nicole Maydwell**
DeShawn Nicole Maydwell, Debtor 2

Date **09/04/2019**
MM / DD / YYYY

Date **09/04/2019**
MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | <u>Karlton</u> | <u>Avery</u> | <u>Maydwell</u> |
| | First Name | Middle Name | Last Name |
| Debtor 2 | <u>DeShawn</u> | <u>Nicole</u> | <u>Maydwell</u> |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>NORTHERN DISTRICT OF TEXAS</u>

Case number
(if known) _____

☐ Check if this is an
amended filing

<u>Official Form 107</u>

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/19

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**      Case number (if known) _____

| Part 2: | Explain the Sources of Your Income |
|---|---|

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$18,652.43 (est.)** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$27,308.00 (est.)** |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>           YYYY | | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$57,213.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>           YYYY | | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$19,998.74 (est.)** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$34,484.64 (est.)** |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|---|
| | | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions and exclusions | **Sources of income**<br>Describe below. | **Gross income<br>from each source**<br>(before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | | **Unemployment** | **$5,362.00** | | |
| **For the last calendar year:**<br>(January 1 to December 31, __2018__)<br>           YYYY | | | | | |
| **For the calendar year before that:**<br>(January 1 to December 31, __2017__)<br>           YYYY | | | | | |

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**                                          Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**        Case number (if known) _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No

   ☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Karlton A. Maydwell v. Ciara Financial Services, Inc. dba Clay Cooley Auto Group** | **TDCPA Violations** | **Northern District of Texas - Dallas Division** <br> Court Name <br> **1100 Commerce St.** <br> Number   Street <br> **Suite 1452** | ☑ Pending <br><br> ☐ On appeal <br><br> ☐ Concluded |
| Case number   **3:19-cv-00051** | | **Dallas**      **TX**    **75242** <br> City      State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.

    ☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No

    ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No

    ☐ Yes

| **Part 5:** | **List Certain Gifts and Contributions** |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No

    ☐ Yes. Fill in the details for each gift.

Debtor 1  **Karlton Avery Maydwell**

Debtor 2  **DeShawn Nicole Maydwell**  _____  Case number (if known) _____

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

---

### Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

---

### Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Herrin Law, PLLC**<br>Person Who Was Paid | **Received $2,600.00 from Debtor inclusive of fees and costs.** | | |
| **4925 Greenville Avenue**<br>Number    Street | | **Various** | **$2,600.00** |
| **Suite 455** | | | |
| **Dallas**          **TX**    **75206**<br>City          State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Karlton Avery Maydwell**

Debtor 2    **DeShawn Nicole Maydwell**            Case number (if known) _____

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☒ No

    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

    ☒ No

    ☐ Yes. Fill in the details.

---

### Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

---

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☒ No

    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☒ No

    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☒ No

    ☐ Yes. Fill in the details.

---

### Part 9:    Identify Property You Hold or Control for Someone Else

---

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☒ No

    ☐ Yes. Fill in the details.

Debtor 1   **Karlton Avery Maydwell**

Debtor 2   **DeShawn Nicole Maydwell**

Case number (if known) _____

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24.** Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

  ☑ No

  ☐ Yes. Fill in the details.

**25.** Have you notified any governmental unit of any release of hazardous material?

  ☑ No

  ☐ Yes. Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

  ☑ No

  ☐ Yes. Fill in the details.

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

  ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

  ☐ A partner in a partnership

  ☐ An officer, director, or managing executive of a corporation

  ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☑ No. None of the above applies. Go to Part 12.

  ☐ Yes. Check all that apply above and fill in the details below for each business.

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

  ☐ No

  ☐ Yes. Fill in the details below.

Debtor 1    **Karlton Avery Maydwell**
Debtor 2    **DeShawn Nicole Maydwell**                                    Case number (if known) _____

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Karlton Avery Maydwell**              X **/s/ DeShawn Nicole Maydwell**
   Karlton Avery Maydwell, Debtor 1              DeShawn Nicole Maydwell, Debtor 2

   Date    **09/04/2019**                        Date    **09/04/2019**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes.  Name of person _____    Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                                *Declaration, and Signature*  (Official Form 119).

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
<tr><td>Debtor 1</td><td><strong>Karlton</strong><br>First Name</td><td><strong>Avery</strong><br>Middle Name</td><td><strong>Maydwell</strong><br>Last Name</td></tr>
<tr><td>Debtor 2<br>(Spouse, if filing)</td><td><strong>DeShawn</strong><br>First Name</td><td><strong>Nicole</strong><br>Middle Name</td><td><strong>Maydwell</strong><br>Last Name</td></tr>
<tr><td colspan="4">United States Bankruptcy Court for the: <strong>NORTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td colspan="4">Case number<br>(if known)</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

## Part 1: List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|

**None.**

## Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|

**None.**

## Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X **/s/ Karlton Avery Maydwell**
Karlton Avery Maydwell, Debtor 1

X **/s/ DeShawn Nicole Maydwell**
DeShawn Nicole Maydwell, Debtor 2

Date **09/04/2019**
MM / DD / YYYY

Date **09/04/2019**
MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liquidation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7: Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together-- called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

In re  **Karlton Avery Maydwell**
    **DeShawn Nicole Maydwell**

Case No. _____

Chapter  **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept....................................................................     **$2,195.50**

Prior to the filing of this statement I have received........................................................     **$2,195.50**

Balance Due................................................................................................................     **$0.00**

2. The source of the compensation paid to me was:

    ☑ Debtor         ☐ Other (specify)

3. The source of compensation to be paid to me is:

    ☑ Debtor         ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **09/04/2019** | **/s/ C. Daniel Herrin** |
| *Date* | *C. Daniel Herrin*       Bar No. 24065409 |
| | Herrin Law, PLLC |
| | 4925 Greenville Avenue |
| | Suite 455 |
| | Dallas, TX 75206 |
| | Phone: (469) 607-8551 / Fax: (214) 722-0271 |

---

**/s/ Karlton Avery Maydwell**

*Karlton Avery Maydwell*

**/s/ DeShawn Nicole Maydwell**

*DeShawn Nicole Maydwell*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Karlton Avery Maydwell**
        **DeShawn Nicole Maydwell**

CASE NO

CHAPTER  **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/4/2019

Signature  **/s/ Karlton Avery Maydwell**
            *Karlton Avery Maydwell*

Date  9/4/2019

Signature  **/s/ DeShawn Nicole Maydwell**
            *DeShawn Nicole Maydwell*

Attorney General of Texas
CSD Region 9
2001 Beach Street, Suit 700
Fort Worth, TX 76103


Attorney General of Texas
Collections Div Bankruptcy Sec
P.O. Box 12548
Austin, TX 78711-2548


Baylor Med Ctr-Sunnyvale
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380


Brookside Apts
2505 Thomason Circle
Arlington, TX 76006


Caine & Weiner
12005 Ford Road
Dallas, TX 75234


Capital One Bank (USA), N.A.
4515 N Santa Fe Ave
Oklahoma City, OK  73118


CBE Group
4140 Kimball Ave.
Waterloo, IA 50701


Charter Communications, Inc.
400 Atlantic Street
Stamford, CT 06901


City of Arlington
Mail Stop 63-0100
P.O. Box 90403
Arlington, TX 76004

City of Dallas
C/O City Secretary's Office
Dallas City Hall
1500 Marilla Street, Room 5D South
Dallas, TX 75201-6390

Clay Cooley Motor Company
1251 E. Airport Freeway
Irving, Texas 75062

Cottonwood Financial Texas, LLC
a/k/a The Cash Store
1901 Gateway Drive
Suite 200
Irving, Texas 75038

Credit Systems International, Inc.
1277 Country Club Lane
Fort Worth, TX 76112

Debt Recovery Solutions LLC
900 Merchants Concourse
Syosset, NY 11791

Enhanced Recovery Company
8014 Bayberry Road
Jacksonville, FL 32256

Enterprise Rent A Car
4600 McAuley Pl
Suite 510
Montgomery, OH 45242

Federal Loan Servicing
P.O. Box 69184
Harrisburg, PA 17106

First Premier Bank
PO Box 5524
Sioux Falls, SD 57117

```
Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7


Linebarger Goggan Blair & Sampson, LLP
900 Arion Parkway, Suite 104
San Antonio, TX 78216


Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Ste 1000
Dallas, TX 75207


LVNV Funding LLC its successors and assi
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587


McLennan County JP Pct 3
Hon. David W. Pareya
P.O. Box 495
West, TX 76691


Midwest Recovery Systems
PO Box 899
Florissant, MO 63032


National Credit Adjusters, LLC
Attn: Bankruptcy Department
P.O. Box 3023
Hutchinson, K.S. 67504


Neighborhood Credit Union
13651 Montfort Drive
Dallas, TX 75240
```

One Advantage , LLC
1232 W. State Rd 2
La Porte, IN 46350


Pendrick Capital Partners, LLC
c/o Peritus Portfolio Services II, LLC
PO Box 141419
Irving, TX 75014


Phoenix Financial Services, LLC
PO Box 361450
Indianapolis, IN 46236


Phoenix Recovery Group
1045 Cheever Blvd.
Suite 204
San Antonio, TX 78217


Professional Debt Mediation, Inc.
7948 Baymeadows Way
2nd Floor
Jacksonville, FL 32256


Radiology Partners Dallas
P.O. Box 205214
Dallas, TX 75320


Ray Hubbard Emergency Physicians, PLLC
13737 Noel Road, Ste. 1600
Dallas, TX 75240-1311


Six Flags Over Texas
Steve Martindale, Park President
2201 Road to Six Flags
Arlington, TX 76010


Southwest Credit Systems
4120 International Parkway
Ste 1100
Carrollton, TX 75007

Starla Wiley
2115 Kingston
Bullhead City, AZ 86442


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECT
P.O. Box 13528
Austin, TX 78711-3528


TEXAS EMPLOYMENT COMMISSION
TEC BUILDING - BANKRUPTCY
101 E. 15th Street
Austin, TX 78778-0001


Texas Health Resources
500 E Border St # 122
Arlington, TX 76010


Time Warner Cable
One Time Warner Center
New York, NY 10019-8016


Transworld Systems Inc.
2135 E. Primrose, Suite Q
Springfield, MO 65804


TrueGreen #5420
4908 Olson
Dallas, TX 75227


United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75242-1496


US Department of Education
Claims Filing Unit
PO Box 8973
Madison, WI 53708-8973

UT Southwestern Medical Center
Account Resolutions Dept
PO Box 848009
Dallas, TX 75284-8009


Webbank (Fingerhut)
P.O. Box 1250
Saint Cloud, MN 56395

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

**Fill in this information to identify your case:**

| Debtor 1 | **Karlton** | **Avery** | **Maydwell** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **DeShawn** | **Nicole** | **Maydwell** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number
(if known) _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:          Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $1,277.67 | $3,415.13 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | $0.00 |

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

|  | *Column A* <br> **Debtor 1** | *Column B* <br> **Debtor 2 or non-filing spouse** |
|---|---|---|

**5.   Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

**6.   Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  | | |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | | |
| Ordinary and necessary operating expenses | − $0.00 | − $0.00 | | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| | | |
|---|---|---|
| **7.   Interest, dividends, and royalties** | $0.00 | $0.00 |
| **8.   Unemployment compensation** | $638.33 | $0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................↓

For you.................................................................... $0.00

For your spouse...................................................... $0.00

| | | |
|---|---|---|
| **9.   Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. | $0.00 | $0.00 |

**10.   Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____   _____   _____

_____   _____   _____

Total amounts from separate pages, if any.   + _____   + _____

**11.   Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$1,916.00 + $3,415.13 = **$5,331.13**

**Total current monthly income**

Debtor 1 **Karlton Avery Maydwell**
Debtor 2 **DeShawn Nicole Maydwell**

Case number (if known) _____

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11.............................................**Copy line 11 here** ➔ 12a. | **$5,331.13**

Multiply by 12 (the number of months in a year). | **X 12**

12b. The result is your annual income for this part of the form. | 12b. | **$63,973.56**

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. | **Texas**

Fill in the number of people in your household. | **2**

Fill in the median family income for your state and size of household.............................................................. 13. | **$65,429.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Karlton Avery Maydwell**
Karlton Avery Maydwell, Debtor 1

X **/s/ DeShawn Nicole Maydwell**
DeShawn Nicole Maydwell, Debtor 2

Date **9/4/2019**
MM / DD / YYYY

Date **9/4/2019**
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Current Monthly Income Calculation Details

In re: **Karlton Avery Maydwell**      Case Number:
        **DeShawn Nicole Maydwell**      Chapter:    **7**

**2.**    **Gross wages, salary, tips, bonuses, overtime and commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **American First Finance Inc.** | | | | | | |
| | $3,705.35 | $3,960.69 | $0.00 | $0.00 | $0.00 | $0.00 | **$1,277.67** |
| **Spouse** | **UT Southwestern Medical Center** | | | | | | |
| | $3,423.29 | $3,413.50 | $3,413.50 | $3,413.50 | $3,413.50 | $3,413.50 | **$3,415.13** |

**8.**    **Unemployment compensation.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Unemployment** | | | | | | |
| | $0.00 | $0.00 | $1,532.00 | $1,532.00 | $766.00 | $0.00 | **$638.33** |

## Underlying Allowances (as of 09/02/2019)

In re: **Karlton Avery Maydwell**
**DeShawn Nicole Maydwell**

Case Number:

Chapter: **7**

| Median Income Information | |
|---|---|
| State of Residence | **Texas** |
| Household Size | **2** |
| Median Income per Census Bureau Data | **$65,429.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **2** |
| Gross Monthly Income | **$5,331.13** |
| Income Level | **Not Applicable** |
| Food | **$685.00** |
| Housekeeping Supplies | **$72.00** |
| Apparel and Services | **$159.00** |
| Personal Care Products and Services | **$70.00** |
| Miscellaneous | **$302.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$1,288.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$55.00** |
| Number of members | **2** |
| Subtotal | **$110.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$114.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$110.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Texas** |
| County or City Name | **Dallas County** |
| Family Size | **Family of 2** |
| Non-Mortgage Expenses | **$609.00** |
| Mortgage/Rent Expense Allowance | **$1,172.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$0.00** |
| Equals Net Mortgage/Rental Expense | **$1,172.00** |
| Housing and Utilities Adjustment | **$0.00** |

## Underlying Allowances (as of 09/02/2019)

In re: **Karlton Avery Maydwell**  
     **DeShawn Nicole Maydwell**

Case Number:  
Chapter:     **7**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Dallas-Ft. Worth** |
| Number of Vehicles Operated | **1** |
| Allowance | **$281.00** |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | **Dallas-Ft. Worth** |
| Allowance (if entitled) | **$217.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **Dallas-Ft. Worth** | |
| Number of Vehicles with Ownership/Lease Expense | **0** | |
| | **First Car** | **Second Car** |
| Allowance | | |
| Minus Average Monthly Payment for Debts Secured by Vehicle | | |
| Equals Net Ownership / Lease Expense | | |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2018